USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1379 STEVEN S. CROOKER, Plaintiff, Appellant, v. JOHN MAGAW, ETC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael A. Ponsor, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Steven S. Crooker on brief pro se. _________________ Donald K. Stern, United States Attorney, and Karen L. Goodwin, ________________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ September 11, 1997 ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We agree with the district court that the agency ruling was neither arbitrary, capricious nor an abuse of discretion nor do we think that the agency's action rests on any misinterpretation of the pertinent statute. We therefore affirm the judgment entered on March 7, 1997. Affirmed.  _________ -2-